UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00088-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| DENTREZ RANDELL THOMAS | |

Upon the unopposed motion of the Defendant in this case, it is hereby **ORDERED** that

Docket Entry Number 94 in the above-captioned case is to be SEALED by the Clerk.

The Court finds that the sealing of such entry is necessary to protect important privacy

interests and, as such, that the request to seal overcomes both the common law and First

Amendment presumption to access such document. Furthermore, the Court finds that no

adequate alternative to sealing such entry exists to protect those privacy interests.

The Clerk is directed to provide copies of the filed sealed documents to the United States

Attorney and the Defendant's attorney.

**SO ORDERED**.

This the _16_ day of March, 2022.

JAMES C. DEVER III
United States District Judge