UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00088-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENTREZ RANDELL THOMAS | **ORDER** |

Upon the unopposed motion of the Defendant in this case, it is hereby **ORDERED** that Docket Entry Number 103 in the above-captioned case is to be SEALED by the Clerk.

The Court finds that the sealing of such entry is necessary to protect important privacy interests and, as such, that the request to seal overcomes both the common law and First Amendment presumption to access such document. Furthermore, the Court finds that no adequate alternative to sealing such entry exists to protect those privacy interests.

The Clerk is directed to provide copies of the filed sealed documents to the United States Attorney and the Defendant's attorney.

**SO ORDERED**.

This the 26 day of April, 2022.

JAMES C. DEVER III
United States District Judge

1